**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000579
26-JAN-2024
08:08 AM
Dkt. 39 ORD**

NO. CAAP-23-0000579

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THE BANK OF NEW YORK MELLON, fka THE BANK OF NEW YORK,
AS TRUSTEE FOR REGISTERED HOLDERS OR CWABS, INC.,
ASSET-BACKED CERTIFICATES, SERIES 2006-3,
Plaintiff-Appellee, v.
TRACY M. LEWIS; BRENDAN L. LEWIS; and HAUULA PROPERTIES II, LLC,
Defendants-Appellants, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0000575)

ORDER APPROVING STIPULATION TO DISMISS
<u>DEFENDANT-APPELLANT HAUULA PROPERTIES II, LLC'S APPEAL</u>
(By:  Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Appellant Hauula Properties II, LLC, filed January 23, 2024, by Defendant-Appellant Hauula Properties II LLC (Hauula), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss Hauula's appeal, under Hawaiʻi Rules of Appellate Procedure Rule 42(b), noting all fees have been paid and the parties shall bear their own costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and Hauula's appeal is dismissed.  The parties shall bear their own costs on appeal.

DATED:  Honolulu, Hawaiʻi, January 26, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge